

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRACCIONADORA Y URBANIZADORA DE JUAREZ, S.A. DE C.V., INMOBILIARIA Y CONSTRUCTOR BERZA, S.A. DE C.V., AEROSERVICIOS DE VIAJE, S.A. DE C.V., ABBA-FARMA, S.A. DE C.V. and JUAN CARLOS BERMUDEZ ESPINOSA | § § § § § | No. 08-16-00046-CV  Appeal from the  388th Judicial District Court |
| Appellants/Cross-Appellees, | § | of El Paso County, Texas |
| v. | § | (TC# 2013DCM2366) |
| CLAUDIA PATRICIA ZARAGOZA DELGADO, | § § | |
| Appellee/Cross-Appellant. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for proceedings consistent with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF OCTOBER, 2020.

ANN CRAWFORD McCLURE, Senior Judge

Before Rodriguez, J., Palafox J., and McClure, Senior Judge
McClure, Senior Judge (Sitting by Assignment)